# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:03-CR-86** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **RONSHEEK BASKERVILLE** | : | |

## ORDER

AND NOW, this 19th day of August, 2015, upon consideration of the *pro se* motion (Doc. 73) of defendant Ronsheek J. Baskerville ("Baskerville") requesting that the court rescind the federal probation detainer lodged against him following an arrest and charges for various drug offenses in Dauphin County, Pennsylvania, (see id.), and it appearing that Baskerville remains in Dauphin County custody awaiting trial on said charges, it is hereby ORDERED that the motion (Doc. 73) is DENIED as moot.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania