IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 1:03-CR-0086 |
| | : | |
| v. | : | (Judge Wilson) |
| | : | |
| Ronsheek Baskerville | : | |
| Defendant | : | |

## ORDER

**It is ordered** that the Second Superseding Petition for Warrant for Offender Under Supervision filed on April 13, 2018, is dismissed and the warrant is withdrawn. The supervised release violation hearing scheduled for September 29, 2022, is cancelled

_____
Jennifer P. Wilson
United States District Judge

September 23, 2022
_____
Date